UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1577
_____

MONICA NICULCEA,
                Appellant

v.

STONE RIDGE TOWNE CENTER,
(Retirement Living) New Dawn Christian Community Services

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1:17-cv-02096)
District Judge: Honorable Christopher C. Conner

_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, <u>Chief Judge</u>, AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, and NYGAARD[*], <u>Circuit Judges</u>

    The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is DENIED.

                                            BY THE COURT

                                            s/ Kent A. Jordan
                                            Circuit Judge

DATE: January 17, 2023
Tmm/cc: Monica Niculcea
Aaron C. Schlesinger, Esq.

---

[*] Judge Nygaard's vote is limited to panel rehearing only.